IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY ROLAND,

    Plaintiff,

v.                                      CASE NO. 1:11-cv-00034-MP-GRJ

HON. JAMES T BROWNING,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, which recommends dismissing this case as frivolous. The time for filing objections has passed, and none have been filed. The Court agrees that because the suit involves Judge Browning's judicial acts during a criminal case, he is absolutely immune from suit. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

    2.    This case is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(iii).

    **DONE AND ORDERED** this *15th* day of August, 2011

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge